IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-585-RJC-DCK

| | |
|---|---|
| CARRA JANES PENEGAR, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL INSURANCE, et al., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by L. Andrew Watson, concerning Matthew J. Lavisky on December 3 2020. Matthew J. Lavisky seeks to appear as counsel *pro hac vice* for Defendants Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Matthew J. Lavisky is hereby admitted *pro hac vice* to represent Defendants.

Signed: December 3, 2020

David C. Keesler
United States Magistrate Judge