IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-585-RJC-DCK

| | |
|---|---|
| **CARRA JANES PENEGAR, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **LIBERTY MUTUAL INSURANCE, et al.,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Stephen Daniel Feldman, concerning Kim E. Rinehart on December 7, 2020. Kim E. Rinehart seeks to appear as counsel *pro hac vice* for Defendants Verisk Analytics, Inc. and ISO Claims. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Kim E. Rinehart is hereby admitted *pro hac vice* to represent Defendants Verisk Analytics, Inc. and ISO Claims.

Signed: December 7, 2020

David C. Keesler
United States Magistrate Judge